KINGS COUNTY.—HON. WALTER L. LIVINGSTON, SURROGATE. —JAN-
UARY, 1877.

## MATTER OF O'NIEL.

*In the matter of the application for letters of administration
on the Estate of* ELIZABETH O'NIEL, *deceased.*

The administrator of a deceased husband, whose wife died before him, is
not entitled to administration on the estate of the wife.

THIS was an application by the administrator of the
husband of Elizabeth O'Niel, deceased, for letters of ad-
ministration on the estate of the wife, she having died
without leaving descendants, and before her husband,
who subsequently died without having taken out letters
of administration on his wife's estate.

THE SURROGATE.—The husband's administrator was
not a relative of the deceased wife entitled to succeed
to her personal estate, and under the statute only such
relatives are entitled to letters of administration (2 *Rev.
Stat.* 74. § 27).

It is true that an exception to this rule is made in
favor of the husband of a married woman dying intes-
tate, but it is limited to him personally. (*Id.*, § 27 and
29).

Application refused.